# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1514

_____

NICHOLAS ALBRECHT,

Appellant,

v.

KELLY DAVIS,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Garrett Hill, Judge.

August 13, 2026

PER CURIAM.

AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas Albrecht, pro se, Appellant.

No appearance for Appellee.